AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN L. PFAU,

       Plaintiff,

       v.

WASHINGTON MUTUAL, INC.,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-142-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the matter having been settled, the Clerk of this court shall enter judgment dismissing the Complaint and the claims therein with prejudice, without costs or attorney's fees to any party hereto. File closed.

| | |
|---|---|
| October 6, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |